United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MALEKZADA SHIR KAHN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00042** |
| | § | |
| **PAM BONDI,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Malekzada Shir Kahn's *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), in which he alleges that his post-removal-order custody pursuant to 8 U.S.C. § 1231 has become unreasonably prolonged in violation of his due process rights as interpreted in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents submitted a timely response to the Court indicating the steps that have been taken to effectuate Petitioner's removal to Afghanistan as of January 28, 2026. (*See* Dkt. 15 at 4, 8.)

In light of the information provided, Respondents are hereby **ORDERED** to supply the Court with an update on any additional progress that has been made to effectuate Petitioner's removal to Afghanistan by **February 23, 2026**.

IT IS SO ORDERED.

SIGNED this February 9, 2026.

Diana Saldaña
United States District Judge

1 / 2